IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JULIE RENEE WENTZEK,                                              No. 3:15-cv-00434-PK

           Plaintiff,

    v.

CAROLYN W. COLVIN,

           Defendant.                                              ORDER

HERNANDEZ, District Judge:

    Magistrate Judge Papak issued a Findings & Recommendation (#22) on April 21, 2016, in which he recommends the Court affirm the Commissioner's decision to deny disability insurance benefits. Plaintiff has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); <u>Dawson v. Marshall</u>, 561 F.3d 930, 932 (9th Cir. 2009); <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [22], and therefore, the Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this ___10___ day of __June__, 2016.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER